

FILED

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0570

_____

JAMES T. & ELIZABETH GRUBA and LEO G.
and JEANNE R. BARSANTI,

    Petitioners and Appellants,

    v.

MONTANA PUBLIC SERVICE COMMISSION,
and NORTHWESTERN ENERGY,

    Respondents and Appellees.

_____

O R D E R

    The Court issued its Opinion in this appeal on July 27, 2021. In accordance with M. R. App. P. 21, the Clerk of Court promptly notified all counsel of record of the decision and issued remittitur on August 12, sixteen days later. The Clerk returned the record to the District Court. Petitioners and Appellants then filed a motion for a one-day extension of time to file a petition for rehearing. Counsel for Appellants asserts that he "miscounted the days (several times) and therefore needs a 1 day extension of time to comply." The motion indicates that counsel for the Montana Public Service Commission objects, and Appellants were unable to reach counsel for Northwestern Energy.

    M. R. App. P. 20(2)(c) requires any motion for extension of time in which to file a petition for rehearing to be filed "within the 15-day period for filing the petition for rehearing." It provides further that this Court "will grant extensions of time only upon a showing of unusual merit[.]" Appellants' motion for extension is untimely, and counsel's repeated miscounting of the 15-day time period does not demonstrate unusual merit.

    IT IS THEREFORE ORDERED that the motion for extension of time to file a petition for rehearing is DENIED.

The Clerk is directed to notify all counsel of the entry of this order.

DATED this 13th day of August, 2021.

For the Court,

By _____

Justice